# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Charles E. Anderson, Trustee on behalf of Painters' District Council No. 30 Pension Fund, et al.

**DEFENDANTS**
Bryer Construction, Inc.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Kane
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145  (312) 372-1646

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 720 Labor/Mgmt. Relations
[X] 791 Empl. Ret. Inc. Security Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
DEMAND $
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: Feb. 11, 2008
SIGNATURE OF ATTORNEY OF RECORD: s/ Sherrie E. Voyles

FILED
FEBRUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT