IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDERSON, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Coar |
| v. | ) | |
| | ) | Case No. 08-887 |
| BRYER CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

I.   **Discovery**

The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(1) shall be made on or before May 15, 2008.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before May 30, 2008.

C. The cutoff of fact discovery is August 15, 2008.

D. Plaintiffs do not anticipate using expert testimony. However, if they do, Plaintiffs shall disclose the expert testimony pursuant to Rule 26(a)(2) at any time prior to June 15, 2008.  Defendant shall disclose the expert testimony pursuant to Rule 26(a)(2) at any time prior till July 15, 2008.

E. The parties may depose the other side's expert at any time prior to August 15, 2008.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to July 30, 2008.

G. The parties shall have until August 30, 2008 to depose the opposing party's rebuttal expert.

2. **Motions**

   Any dispositive motions to be filed on or before September 30, 2008.

3. **Final Pretrial Order and Conference**

   The final pretrial order shall be filed on or before December 30, 2008.

   The final pretrial will be held on _____ at ___.m.

4. **Trial**

   Trial is set in this matter on _____ at 10:00 a.m.

5. **Status Hearing**

   A further status hearin/preliminary pretrial conference should be held on _____.