10174-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHARLES E. ANDERSON, Trustee on behalf of )
PAINTERS' DISTRICT COUNCIL NO. 30 PENSION )
FUND, PAINTERS' DISTRICT COUNCIL NO. 30 )
HEALTH AND WELFARE FUND, and NORTHERN )
ILLINOIS PAINTERS, DECORATORS AND DRYWALL )
FINISHERS JOINT APPRENTICESHIP AND TRAINING )
FUND; DONALD STEADMAN, Trustee on behalf of the )
NORTHERN ILLINOIS PAINTING AND DRYWALL )
INSTITUTE; and the DISTRICT COUNCIL NO. 30 OF )
THE INTERNATIONAL UNION OF PAINTERS AND )
ALLIED TRADES, AFL-CIO, a labor organization, )      Case No. 08 C 887
)
                       Plaintiffs )
  v. )      Judge Coar
)      Magistrate Judge Keys
BRYER CONSTRUCTION, INC., )
                       Defendant )

## NOTICE OF MOTION

      You are hereby notified that on July 29, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar in Court Room 1419 or any other judge as may be holding court in his absence, in the court room usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Defendant's Uncontested Motion for Enlargement of Time to Complete Discovery**, a copy of which is served upon you.

      Respectfully submitted,


      /s/ Kathleen R. Ryding
By:_____
      Kathleen R. Ryding, one of Bryer's attorneys

## CERTIFICATE OF FILING AND SERVICE

I, KATHLEEN R. RYDING, certify as follows under penalty of perjury this 22nd day of July, 2008:

1. I filed this *Notice of Uncontested Motion for Enlargement of Time to Complete Discovery* by filing it with the clerk of the court by electronic means.

2. I served this *Notice of Uncontested Motion for Enlargement of Time to Complete Discovery* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on July 22, 2008.

/s/ Kathleen R. Ryding
_____

Kathleen R. Ryding [#6181310]
Elizabeth A. Bates
Lawrence A. Stein
Edward J. Sedlacek
**HUCK BOUMA PC**
1755 South Naperville Road, Suite 200
Wheaton, Illinois 60187
630 221-1755
630 221-1756 (fax)

R:\10000s\10100-10199\10174-6\Pleadings\08 C 887\080722 - Notice of Motion.wpd