**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charles E Anderson, et al.
                           Plaintiff,

v.                                         Case No.: 1:08−cv−00887
                                                 Honorable David H. Coar

Bryer Construction, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable David H. Coar:MOTION by Defendant Bryer Construction, Inc. for extension of time to complete discovery [18] is granted in part and denied in part. The request to extend the discovery deadline to September 30, 2008 is granted. The request to extend the deadline for filing dispositive motions is denied. Parties need not appear on the presentment date of 7/29/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.